UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
UNITED STATES OF AMERICA           :
                                   :
                                   :   **SCHEDULING ORDER**
            -against-              :
                                   :   23 Cr. 350 (AKH)
                                   :
                                   :
HERMES HOU,                        :
                                   :
                       Defendant.  :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The sentencing in the above-captioned case set for December 7, 2023 is adjourned until January 10, 2024 at 11:00 a.m. due to a scheduling conflict.

        SO ORDERED.

Dated:    December 6, 2023              ____/s/ Alvin Hellerstein____
           New York, New York          ALVIN K. HELLERSTEIN
                                              United States District Judge