UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
UNITED STATES OF AMERICA                   :
                                           :
                                           :   **SCHEDULING ORDER**
              -against-                    :
                                           :   23 Cr. 350 (AKH)
                                           :
                                           :
HERMES HOU,                                :
                                           :
                        Defendant.         :
                                           :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The sentencing in the above-captioned case set for January 10, 2024 at 11:00 a.m. is adjourned to March 13, 2024 at 9:30 a.m.

      SO ORDERED.

Dated:    January 16, 2024               ____/s/ Alvin Hellerstein____
             New York, New York        ALVIN K. HELLERSTEIN
                                             United States District Judge