UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

UNITED STATES OF AMERICA

       -against-

HERMES HOU,

                     Defendant.

-------------------------------------------------------------------- X

**ORDER GRANTING EARLY
TERMINATION OF
SUPERVISED RELEASE**

23 Cr. 350 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Defendant Hermes Hou seeks early termination of his three-year term of supervised release. Hou has completed 20 months of supervised release, complying with the conditions throughout, and has paid his restitution obligations and fines. Hou is gainfully employed and is successfully living life as a law-abiding citizen. Hou requests early termination for the freedom to travel to China with his son. Neither the Probation Office nor the Government oppose the request.

      Therefore, in light of Hou's compliance and good behavior, I find that it is in the interest of justice to grant the application. Defendant's request is granted, and his term of supervised release is terminated. The Clerk of Court shall terminate ECF No. 78.

      SO ORDERED.

Dated:    June ⁄⁄ 2026
         New York, New York

                         ALVIN K. HELLERSTEIN
                         United States District Judge