STAMPUR & ROTH
ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007
(212) 619-4240

**So ordered.**

June 18, 2026

**/s/ Alvin K. Hellerstein**
**U.S.D.J.**
**June 22, 2026**

**VIA EMAIL**

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Hermes Hou,** 23CR 350 (AKH)

Dear Judge Hellerstein:

I write with the consent of Probation and the Government to request that the Court order Pretrial Services to release Mr. Hou's passport to him. Your Honor granted Mr. Hou early termination of his Supervised Release, see ECF #79

Respectfully submitted,
s/James Roth